**In the Matter of Jack M. FISHMAN and Sophie Fishman, Debtors.**

**No. 10777.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 28, 1936.

Schaefer & Goldman, of St. Louis, Mo., for debtors.

S. Sylvan Agatstein, of St. Louis, Mo., for Edward K. Love, trustee, Andrew S. Love and Edward K. Love, Jr., mortgage creditors and agents for mortgage creditors.

PER CURIAM.

Order: Petition for leave to appeal from order of United States District Court, Eastern District of Missouri, denied.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Harry T. ROLLINS.**

**No. 10775.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 27, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of the Treasury, of Washington, D. C., for petitioner.

J. G. Gamble and J. F. Rosenfield, both of Des Moines, Iowa, for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed, on motion of petitioner and consent of respondent.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Ralph E. ROLLINS.**

**No. 10776.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 27, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of the Treasury, of Washington, D. C., for petitioner.

J. G. Gamble and J. F. Rosenfield, both of Des Moines, Iowa, for respondent.

PER CURIAM.

Petition to review decision of United States Board of Tax Appeals docketed and dismissed, on motion of petitioner and consent of respondent.

**Fanny E. HUNTER, Plaintiff-Appellee, v. Earl COLLINS, Defendant-Appellant.**

**No. 52.**

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1936.

Mandeville, Waxman, Buck, Teeter & Harpending and A. Harpending, all of Elmira, N. Y., for appellant.

S. Ginsburg and Levi Ginsburg, both of Elmira, N. Y., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

**C. M. (Mose) JACKSON, Appellant, v. UNITED STATES of America.**

**No. 10734.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 5, 1936.

J. R. Booker and Scipio A. Jones, both of Little Rock, Ark., for appellant.

Fred A. Isgrig, U. S. Atty., of Little Rock, Ark.

PER CURIAM.

Appeal docketed and dismissed at cost of appellant but without taxation of attorney fee in favor of appellee, per stipulation of parties.